# ─Koch Law, PLLC─

June 10, 2025

**To:** The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20B
New York, NY 10007-1312

*Via ECF*

**Re: Victor Garrido Sentencing Adjournment Request**
**Docket: 1:25-cr-001122-JLR-1**
**25-cr-00112-JLR-1**

Dear Judge Rochon:

Defense respectfully requests an adjournment from our currently scheduled August 25th appearance for sentencing to a date between August 4th, 2025 and August 21st, 2025 for more time to receive notarized sentencing letters and finalization of Defense's sentencing memorandum. Defense has spoken with the Government who takes no position other than they do not have availability to appear before August 4th. Defense has no issue with the dates suggested herein. This is Defense's first adjournment request. Defense appreciates the consideration and apologizes for the delay in the Court's calendar.

Very respectfully,

/s/ *Lee Koch*

Lee Koch, Esq.

CC:     Government via ECF
          Pre-Trial Officer Taelor Nisbeth via email
          Probation Office Nicolo DiMaria via email

First Letter Motion GRANTED.  The sentencing is adjourned
from June 25, 2025 to **August 19, 2025 at 11:00 a.m.**

Dated: June 11, 2025          **SO ORDERED.**
          New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**